

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOLORES NARVAEZ, LUIS | | No. 08-19-00133-CV |
| NARVAEZ, EDUARDO VELARDE, | § | |
| JOSE JUAN VELARDE, JULIETA | | AN ORIGINAL PROCEEDING |
| DURAN, LUZ MAGDALENA | § | |
| ESCOBAR, and JOSE ANTONIO | | IN MANDAMUS |
| VELARDE JUAREZ, | § | |
| | | |
| Relators. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Real Party in Interest Hector Phillips and Hector Phillips, P.C.'s motion to dismiss, and concludes the motion should be granted and the appeal should be dismissed in part, in accordance with the opinion of this Court. We therefore dismiss the appeal as to Hector Phillips and Hector Phillips, P.C. only. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)